UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GALINA GENDELBERG on behalf of herself and all other similarly situated consumers

                Plaintiff,

-against-

TSG COLLECTIONS, LLC

                Defendant.

Case No.

**1:17-cv-02644-MKB-VMS**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       August 14, 2017

 /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
       August 14, 2017

 /s/ Eric P. Schutzer
Eric P. Schutzer, Esq.
The Schutzer Group PLLC
Attorney for the Defendant
330 Seventh Avenue, 15th Floor
New York, New York 10001
Office: (212) 714-0700
Fax: (212) 714-0703
E-mail: ericschutzer@TheSchutzerGroup.com

SO ORDERED:
s/ MKB 8/15/2017

_____
MARGO K. BRODIE
United States District Judge